UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HON. JUDGE STEPHEN V. WILSON, JUDGE PRESIDING


UNITED STATES OF AMERICA,          )
                                   )
                   Plaintiff,      )
                                   )
          vs.                      ) NO. 18-CR-00450-SVW
                                   )
CARLOS NAVA CISNEROS,              )
                                   )
                   Defendant.      )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 25, 2019


Lisa M. Gonzalez, CSR 5920, CCRR
Official Reporter
United States District Courthouse
350 West 1st Street, Suite 4455
Los Angeles, California  90012
(213) 894-2979
csrlisag@aol.com
www.lisamariecsr.com

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:   OFFICE OF THE UNITED STATES ATTORNEY
                           BY:  MATTHEW J. ROSENBAUM
 3                              JULIA REESE
                           ASSISTANT UNITED STATES ATTORNEYS
 4                         GENERAL CRIMES SECTION
                           United States Courthouse
 5                         312 N. Spring Street
                           Los Angeles, California 90012
 6                         213.894.4896

 7   FOR THE DEFENDANT:    FEDERAL PUBLIC DEFENDER'S OFFICE
                           BY:  GEORGINA WAKEFIELD
 8                              GABRIELA RIVERA
                           DEPUTY FEDERAL PUBLIC DEFENDER
 9                         321 East Second Street
                           Los Angeles, California 90012
10                         213.894.2854

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# I N D E X

| GOVERNMENT'S WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE | VOL |
|---|---|---|---|---|---|---|
| Adam L. Halberstadt | 5 | 17 | 30 | 34 | | |

### Index of Exhibits

| Exhibits | | Received |
|---|---|---|
| 1 - | Demonstrative | 12 |
| 2 - | Article | 18 |
| 3 - | E-mail | 20 |
| 5 - | Article | 30 |
| 6 - | Declaration | 34 |

1          Los Angeles, California; Monday, March 25, 2019;

2                              **2:59 p.m.**

3                              -o0o-

4          THE CLERK:  Item 5, CR-18-450-SVW, United States

5    of America versus Carlos Nava Cisneros.

6          Counsel, please state your appearances.

7          MR. ROSENBAUM:  Good afternoon, Your Honor.

8    Matt Rosenbaum on behalf of the United States.  To my left

9    is Assistant U.S. Attorney Julia Reese.

10         MS. REESE:  Good afternoon, Your Honor.

11         MS. WAKEFIELD:  Good afternoon, Your Honor.

12   Georgina Wakefield and Gabriela Rivera on behalf of

13   Carlos Nava Cisneros who is present on bond and using a

14   Spanish-language interpreter.

15         THE COURT:  This is the time for evidentiary

16   hearing on the motion to dismiss.  In particular, the Court

17   wanted to hear evidence regarding the issue of whether

18   California law includes both geometric and optical isomers

19   of methamphetamine because the federal law includes only

20   optical isomers.  And the Government has offered the

21   testimony of a witness.

22         Is there any expert testimony from the defense?

23         MS. WAKEFIELD:  No, Your Honor.  We are requesting

24   an opportunity to cross-examine.

25         THE COURT:  Yes, that's why I wanted to hold the

```
 1   hearing because I did consider the declaration.

 2           So is the witness here?

 3           MS. REESE:  Yes, Your Honor, he is.

 4           THE COURT:  Let's have him come forward, or she,

 5   whoever it is.

 6           MS. REESE:  It's a he, Your Honor.  And if I may,

 7   the Government is prepared to submit substantively on the

 8   declarations.  However, the defense has raised Daubert and

 9   Rule 702 issues, and so if I may, I'd like to ask a few

10   questions to that end either before Ms. Wakefield poses her

11   questions or --

12           THE COURT:  You can do it before.

13           THE CLERK:  The witness will please step forward

14   and stand behind the court reporter.

15       ADAM LEE HALBERSTADT, GOVERNMENT'S WITNESS, SWORN

16           THE CLERK:  State your full name and spell it for

17   the record.

18           THE WITNESS:  Adam Lee Halberstadt,

19   H-a-l-b-e-r-s-t-a-d-t.

20           Do you want me to spell my first name?

21

22                   DIRECT EXAMINATION

23   BY MS. REESE:

24   Q   Good afternoon, Professor Halberstadt.  How are you?

25   A   I'm good.  Thank you.
```

1  Q    What do you do for a living?

2  A    I am an associate professor of psychiatry at the

3  University of California San Diego.

4  Q    And what is the educational background that you have

5  that qualifies you for that position?

6  A    So I have a B.A. in Neurology, got that at the

7  University of Delaware, and then I have a Ph.D. in

8  Neuroscience which was from the University of Pittsburgh,

9  and I've also done a post-doctoral fellowship at University

10 of California San Diego in pharmacology.

11 Q    And when did you complete your Ph.D.?

12 A    It was in 2006.

13 Q    And how long have you been a professor?

14 A    I started working as a faculty member in 2012, so I

15 moved up to, first, as an assistant research scientist, and

16 then I became an associate professor, and then last year I

17 was promoted to associate professor.

18 Q    And do you have any kind of specialty or area of focus

19 that you work on?

20 A    I focus on psychopharmacology, which is the study of

21 how chemical compounds affect the brain, interact with

22 receptors in the body.  And medications.  How it impacts the

23 physiology of animals and humans.

24 Q    From your education and employment, have you become

25 familiar with the substance methamphetamine?

1   A     Yes, I have.

2   Q     And how have you become familiar with it?

3   A     We work with methamphetamine in studies.  We work with

4   other chemicals that have a similar structure.  We publish

5   papers on methamphetamine and other compounds in the same

6   family of substances.

7   Q     When you say "we," do you mean you?

8   A     Me and my colleagues, yes, other people that I work

9   with.  So we publish papers together.

10  Q     So you've published papers relating to methamphetamine

11  itself?

12  A     Yes, I have.

13  Q     So from that work, have you become familiar with the

14  chemical structure of methamphetamine?

15  A     Yes, I have.

16  Q     Now, I want to ask you a few other questions about

17  other chemistry terms.

18           First of all, though, do you have a background in

19  chemistry?

20  A     Yes.  I've taken classes in chemistry when I was in

21  college and also as a graduate student, and we work with a

22  lot of different chemistry in our day-to-day experimental

23  work.  We also have a laboratory that's actually constructed

24  just to make new chemicals that we use in our experiments,

25  too.  So we have a wet lab that works with chemistry in my

1    space at UCSD.

2    Q    Now, based on your experience and your education, are

3    you familiar with what a geometric isomer is?

4    A    Yes, I am.

5    Q    What is it?

6    A    So a geometrical isomer is a type of isomer where you

7    have -- it has the same atoms and the same number as another

8    compound that's -- that it would be a geometrical isomer of.

9    The atoms are arranged, bonded together in the same way, but

10   the three-dimensional structure is different.

11         So they have the same atoms and the same

12   connectivity, but there's difference in the

13   three-dimensional spacial structure.

14   Q    Are you familiar with the term "diastereomer"?

15   A    Yes, it's a synonym for a geometrical isomer.

16   Q    And what is -- if you were to give a definition

17   chemically for what a diastereomer is, what would that

18   definition be?

19   A    Sure.  So there's two different types of stereoisomers

20   you can have.  So as I said, these are compounds that

21   have -- they have the same atoms and the same connectivity,

22   but they have different spatial arrangement.

23         And so there's two types of stereoisomers.  One

24   type is enantiomer which are compounds that are mirror

25   images of one another.  So they're isomers, but they're

```
 1    mirror images, sort of how your hands have the same fingers,
 2    they're connected together in the same way, but they're not
 3    spatially the same.
 4              So one type of stereoisomer is an enantiomer.  The
 5    second type of stereoisomer is a geometrical isomer.  And
 6    that is where the compounds are -- that is where the
 7    compounds are -- sorry.  I'm getting a little bit nervous.
 8    That is where the compounds are -- sorry about that.
 9    Q    I can ask you another question.
10    A    Can you ask me the question again.  I'm sorry.
11    Q    I think you were talking a little bit there about
12    stereoisomers, which I think is because I misspoke.
13              So what is a diastereomer?
14    A    So a diastereomer is a compound that is -- so it's a
15    stereoisomer, but it's not a mirror image.
16              So you have enantiomers which are stereoisomers
17    which are mirror images, and then you have diastereomers or
18    geometrical isomers which are stereoisomers which are not
19    mirror images.
20    Q    Now, are you also familiar with the term
21    "stereocenter"?
22    A    Yes, I am.
23    Q    What is a stereocenter?
24    A    A stereocenter is an atom in a molecule that's
25    connected to other groups, usually three or more groups,
```

1  where if you exchange any two of the groups, you will

2  produce a stereoisomer.

3  Q    And these definitions that we have just discussed, are

4  those definitions generally agreed upon in your field and

5  the field of chemistry, generally?

6  A    Yes, they are.  If you look at a textbook, you'll see

7  those definitions.

8  Q    So those definitions have been published in textbooks?

9  A    They have, and in journal articles.  Exactly.

10  Q    And does methamphetamine have any geometric isomers or

11  diastereomers?

12  A    No, it does not.

13  Q    How do you know that?

14  A    Well, because of the definition of geometrical isomers.

15  So enantiomers can occur in molecules that have only one

16  stereocenter, but diastereomers or geometric isomers require

17  at least two stereocenters.  So if you don't have two

18  stereocenters in a molecule, it can't have geometrical

19  isomers.  It's just not possible based on a definition of a

20  geometrical isomer.

21  Q    So a geometrical isomer is the same thing as a

22  diastereomer?

23  A    They're synonyms, yes.

24  Q    And in order for something to be diastereomer, is it

25  your testimony that it must have at least two stereocenters?

1    A    At least two, yes.

2    Q    So if something only has one stereocenter, then, it

3    can't possibly be a diastereomer?

4    A    Yes, exactly.

5    Q    And what we've just discussed again, those definitions,

6    are those generally agreed upon in your field?

7    A    Yes, those are the definitions that are used by

8    chemists to refer to substances.

9    Q    And I'd like to refer to a demonstrative.  You'll see

10   there's a stack of papers right up in front of you.

11        Do you recognize those papers?

12   A    Yeah, those are images that I've seen before, yes.

13   Q    Do you see your initials on them?

14   A    Yes, I do.

15   Q    So you've reviewed these pages before your testimony

16   today?

17   A    I have.

18   Q    I'm going to put -- I may put this on the screen.  I

19   will try very hard.  Well, it looks like our auto focus is

20   not working very well right now, so I will improvise.

21        MS. REESE:  Your Honor, do you have a copy of this

22   for your reference?  Just so that everyone's on the same

23   page --

24        And, Ms. Wakefield, I believe you have a copy,

25   too.

1          So there are page numbers in the bottom right-hand

2     corner.  I will refer to those page numbers, then.

3          THE COURT:  We should mark this as Court's

4     Exhibit 1.

5          MS. REESE:  Yes, I will, Your Honor.  And to that

6     end -- thank you for the reminder -- I'd offer it as well.

7          THE COURT:  It's received.

8          (Court's Exhibit 1 received in evidence.)

9     BY MS. REESE:

10    Q    And page 1 of the demonstrative, Court's Exhibit 1 that

11    you have in front of you, what is shown there?

12    A    This is a compound that has two stereocenters, and so

13    if you look -- if you compare the compounds -- so it's the

14    same compound, but these are geometrical isomers.  So if you

15    look at the two compounds, you'll see that the top

16    stereocenter, so the one at the top -- this is a mirror

17    image between the two compounds.

18    Q    Before you go on, let me ask you a question.  There are

19    some areas on here that are circled.

20          What are those?

21    A    Sorry, sorry, yes.  The two areas that are circled on

22    both of these compounds are the stereocenters.

23    Q    So what type of isomers are these?

24    A    So these are geometrical isomers.

25    Q    These are geometrical isomers.  So what's shown here on

1    page 1 is not methamphetamine?

2    A    No, it is not.

3    Q    How do you know it's not methamphetamine?

4    A    Just by looking at the structure.

5    Q    And moving on to page 2, what have you circled there on

6    page 2 of Court's Exhibit 1?

7    A    Those are the stereocenters.

8    Q    What type of isomer is this?

9    A    These are mirror images, and they are enantiomers.

10   Q    Are they also geometric isomers?

11   A    No, they are not.

12   Q    Why not?

13   A    Because they're mirror images, and so only enantiomers

14   are mirror images.

15   Q    Page 3, what compound is shown on -- actually, let me

16   start with page 4.  What compound is shown on page 4 of

17   Court's Exhibit 1?

18   A    So this would be methamphetamine.

19   Q    And what have you circled on page 4 of Court's

20   Exhibit 1?

21   A    That is a stereocenter.

22   Q    How many stereocenters are there circled on page 4 of

23   Court's Exhibit 1?

24   A    One single -- just one.

25   Q    What does that mean?

1    A    That means that it cannot be a geometrical isomer or

2    cannot have geometrical isomers.  That it's an enantiomer.

3    Q    And going back to page 3 of Court's Exhibit 1, what is

4    shown here?

5    A    So these are the two stereoisomers of methamphetamine.

6    One of the stereoisomers is called dextro-methamphetamine,

7    the other stereoisomer is called levo-methamphetamine.

8    They're two enantiomers.  And you can see that these are

9    mirror images of one another.

10   Q    So methamphetamine has two enantiomers?

11   A    Yes.

12   Q    But it has no geometric isomers?

13   A    No, it does not.

14   Q    And no diastereomers?

15   A    No.

16   Q    And you can tell that because methamphetamine only has

17   one stereocenter?

18   A    Yes, exactly.

19            MS. WAKEFIELD:  Objection.  Leading.

20   BY MS. REESE:

21   Q    How can you tell that methamphetamine does not have any

22   diastereomers or geometric isomers?

23   A    So if you look at the structure, and you look at each

24   atom in the structure, you can see whether it would be

25   classified as a stereocenter.  So you can look to see -- if

1   you invert -- if you take the groups at each atom and you

2   change the orientation -- so the circled region here,

3   there's a methyl group attached to it.

4           THE COURT:  Are you at page 3?

5           THE WITNESS:  Yes.  Yes, I am.

6           So on page 3, at the circled region, that's known

7   as the alpha carbon, that's positional name for that carbon,

8   and it isn't shown in the diagram, but there's also a

9   hydrogen attached to that alpha carbon.  That's left out

10  just by convention, but it's there implicitly.  So you can

11  see that there's a background, which is a chain.  That's the

12  lines that's are squiggly.  That's what you call a backbone.

13  That's sort of the core structure.

14          And then you have at the bottom a methyl group

15  projecting off, but the methyl group isn't really projecting

16  down, it's down in the page.  But in reality, this is a

17  three-dimensional structure.  And so the line that's dashed

18  that denotes in three dimensions that the group is actually

19  projecting down through the page.

20          So it would be going this way.  And there's an

21  implicit hydrogen there which isn't shown just by convention

22  and so it has to have the opposite orientation.  So, in this

23  case, the hydrogen would be pointing out of the plane of the

24  page, perpendicular to the plane actually.

25          So if you look across and if you actually took the

1    hydrogen and the methyl group that are attached to that

2    alpha carbon and you foot them so that the methyl group was

3    pointing up out of the page and hydrogen was pointing down,

4    those would be different isomers.  They're stereoisomers

5    because they have a different spatial orientation.  So you

6    know that there's one stereocenter there.

7          Then you can look at each of the different atoms

8    in methamphetamine to see whether something similar happens,

9    and there's no where else in the molecule where that will

10   actually happen.  So that's how you can tell that there's

11   only one stereocenter in the methamphetamine molecule.

12         You can examine the molecule and decide based on

13   the definition whether there's other stereocenters.  And

14   just based on the definition, you can see that there's only

15   a stereocenter in the molecule.

16   Q    And because there's only one stereocenter, what is your

17   conclusion regarding whether there are diastereomers or

18   geometric isomers of methamphetamine?

19   A    That there cannot be geometrical isomers of

20   methamphetamine.

21         MS. REESE:  Nothing further at this time,

22   Your Honor.

23         THE COURT:  Cross-examination.

24

25   ///

```
 1                     CROSS-EXAMINATION

 2   BY MS. WAKEFIELD:

 3   Q     Good afternoon.

 4   A     Good afternoon.

 5   Q     Your declaration in this case, it identified two

 6   optical isomers of methamphetamine; correct?

 7   A     Yes.

 8   Q     And your declaration said that besides those two

 9   optical isomers, no other isomers are possible; correct?

10   A     No other stereoisomers.

11   Q     Okay.  So there are stereoisomers?

12   A     There are.  Those are the enantiomers that I -- they

13   were pictured in my declaration.  It was shown on page 3,

14   the page marked 3 here.

15   Q     So those are stereoisomers of methamphetamine?

16   A     Yes.

17   Q     Now, in preparation for your testimony, the Government

18   showed you an article that identified 1-phenyl-3-aminobutane

19   as a geometric isomer of methamphetamine; correct?

20   A     Yes.

21             MS. WAKEFIELD:  Your Honor, I'd like to hand the

22   witness a copy of that article, and the Court as well.

23             And, Your Honor, I've marked this as Defense

24   Exhibit 103, and I'd move to admit it.

25             THE COURT:  Let's call it Court's Exhibit 2.
```

```
 1              MS. WAKEFIELD:  Okay.

 2              THE COURT:  It's received.

 3              (Court's Exhibit 2 received in evidence.)

 4              MS. WAKEFIELD:  Thank you.

 5    BY MS. WAKEFIELD:

 6    Q    This article was published in the Journal of Analytical

 7    Toxicology; correct?

 8    A    Yes.

 9    Q    And it identifies at the last paragraph in the

10    introduction -- let's call it the second paragraph in the

11    introduction in parenthesis, it identifies

12    1-phenyl-3-aminobutane (a geometric isomer of

13    methamphetamine); correct?

14    A    Yes, it says that.

15    Q    Now, the Journal of Analytical Toxicology is a

16    peer-reviewed journal?

17    A    Yes, I believe it is.

18    Q    Now, in your preparation for your testimony, you told

19    the Government that 1-phenyl-3-aminobutane is a structural

20    isomer of methamphetamine; is that correct?

21    A    I believe I said a constitutional isomer, but I'd have

22    to look back over what we said in the conversation to be

23    sure.

24    Q    Would it refresh your memory to take a look at the

25    e-mail you sent to the Government?
```

```
1   A     Sure.

2            MS. WAKEFIELD:  Your Honor, may I approach?

3            THE COURT:  Yes.

4   BY MS. WAKEFIELD:

5   Q    And if you can read the third sentence to yourself and

6   let me know if that refreshes your memory.

7   A    Yes.

8   Q    So you called it a structural, and then in parens,

9   constitutional isomer; correct?

10  A    Yes.

11  Q    Your opinion is that 1-Phenyl-3-aminobutane is an

12  isomer of methamphetamine; correct?

13  A    It is a type of isomer of methamphetamine, yes.

14  Q    Now, you're familiar with the Compendium of Chemical

15  Terminology published by the International Union of Peer and

16  Applied Chemistry; correct?

17  A    I haven't examined the compendium.  I've looked at the

18  instructions they have online.

19  Q    That's called the "Gold Book"; right?

20  A    Yes.

21  Q    Now, the Gold Book is a publication for standardizing

22  the nomenclature used in the field of chemistry; correct?

23  A    Yes, exactly.

24  Q    Now, there is no entry in the Gold Book for the term

25  "structural isomer"; correct?
```

```
1   A    I would have to look at it to see.

2   Q    Now, in the Gold Book, the term "geometrical isomer" is

3   considered obsolete; correct?

4   A    Yes.

5   Q    It's use is discouraged; right?

6   A    Yes, it is.

7   Q    Now, your testimony is that geometrical isomer is

8   synonymous with diastereomer; correct?

9   A    Yes, people use -- some chemists use it the same way,

10  yes.

11  Q    That's not how the Gold Book uses it; correct?

12  A    It may not be.

13  Q    Would you like to take a look at it?

14  A    Sure, yes.

15           THE CLERK:  Is there an exhibit number for the

16  e-mail?

17           MS. WAKEFIELD:  Should we call it Court's

18  Exhibit 3?

19           THE COURT:  Yes.

20           (Court's Exhibit 3 received in evidence.)

21           MS. WAKEFIELD:  May I approach, Your Honor?

22           THE COURT:  Yes.

23           MS. WAKEFIELD:  We'll call this Court's Exhibit 4.

24  BY MS. WAKEFIELD:

25  Q    Now, this is the entry in the Gold Back for geometrical
```

1  isomerism; correct?

2  A    Yes, that is the entry.

3  Q    And it says it's an obsolete synonym for cis-trans

4  isomers; correct?

5  A    Yes.

6  Q    It does not say it's a synonym for diastereoisomers;

7  correct?

8  A    No, it does not say that.

9  Q    In fact, the Gold Book defines diastereoisomers as

10 stereoisomers, other than enantiomers; correct?

11 A    Yes, I believe it does.

12 Q    So the Gold Book does not identify geometric isomers as

13 a synonym for diastereoisomers; correct?

14 A    It may not, no.

15 Q    Well, you have the definition in front of you.  The

16 Gold Book identifies it as an obsolete for synonym for

17 cis-trans isomerism; correct?

18 A    Yes, it says that here.

19 Q    Cis-trans isomers can be diastereoisomers; correct?

20 A    Yes, they're a subset.

21 Q    They're a subset.  They're not terms that overlap

22 completely; correct?

23 A    It's a subset.

24 Q    Diastereoisomers can also include other isomers;

25 correct?

1  A    It can include isomers that are not cis-trans isomers,

2  yes.

3  Q    So it can include configurational isomers?

4  A    No.

5  Q    So your testimony is that diastereoisomers cannot

6  include configurational isomers; is that correct?

7  A    You would have to define the term for me.

8  Q    Can you define the term for us?

9  A    Well, there's not -- some terms don't have standardized

10  definitions.  That's the problem we're having with

11  diastereomer here and geometric isomer.  It's an obsolete

12  term, so it doesn't have a standard definition.

13  Q    So the term "geometrical isomer" doesn't have a

14  standard definition; correct?

15  A    It's used multiple ways.

16  Q    And the term "diastereoisomers," that doesn't have a

17  standard definition; correct?

18  A    No, it does.  That does.

19  Q    Does the term "diastereoisomers" include

20  configurational isomers?

21  A    I'd have to see the definition of configerational

22  isomers.

23  Q    And what definition would you need to use -- what

24  resource would you need to use?

25  A    A book that defined it.

1 Q    So you don't know from your training and experience a

2 standard definition for the term "configurational isomers"?

3 A    It has multiple definitions that I've seen used.

4 Q    How about the term "confirmational isomers"?

5 A    Confirmational isomers?  Those are stereoisomers.

6 Q    So they're a type of stereoisomer?

7 A    Yes.

8 Q    Are they a type of diastereoisomer?

9 A    That, I'm not sure.

10 Q    What about epimers, e-p-i-m-e-r-s?

11 A    That's a type of enantiomer.

12 Q    Is it a type of diastereoisomer?

13 A    I'm not sure.

14 Q    Now, you testified that diastereoisomer are broader

15 than -- that term is broader than cis-trans isomers;

16 correct?

17 A    Yes.

18 Q    So they're not synonymous; correct?

19 A    Well, they can be.

20 Q    They can be, but they're not always?

21 A    Yes.

22 Q    And, in your declaration, you did not identify that

23 they're not always synonymous; correct?

24 A    I'd have to look back over my declaration.

25 Q    Now, I want to talk about methamphetamine,

1    specifically.  There are two electrons attached to the

2    hydrogen atom in methamphetamine; correct?

3    A    Which hydrogen atom are you talking about?

4    Q    Are there two electrons attached to any of the hydrogen

5    atoms?

6    A    When they bond, yes.

7    Q    Now, the electrons, they move quickly; right?

8    A    Do you mean move around the nucleus?

9    Q    Yes.

10   A    Yes.

11   Q    There could be a snapshot in time where the electron is

12   switching place with the hydrogen atom; correct?

13   A    Can you rephrase that, please.

14   Q    There can be a snapshot in time when the electron is

15   moving and switching place with the hydrogen?

16   A    You mean it's moving from one atom to another?

17   Q    Yes.

18   A    The electrons do -- when there's bonding, electrons are

19   transferred from one atom to another.

20   Q    So that snapshot, when it's transferring, that would

21   not be a perfect mirror image; correct?

22   A    I'm not sure I follow what you mean.

23   Q    If there's a snapshot in time when the electron is

24   switching place, there would be a snapshot in time where the

25   molecule was not a perfect mirror; correct?

1    A     The mirror of what?

2    Q     Where it's not an optical isomer; correct?

3    A     Are you asking me if the isomers can sometimes -- the

4    optical isomers are sometimes optical isomers?

5    Q     When the electrons is switching place, yes.

6    A     So when bonding occurs between atoms, they exchange

7    electrons, but it doesn't change the structure of the

8    molecule.  The structure is fixed, unless it's changed by

9    some other force or it happens spontaneously.

10    Q    I want to talk about your background.  You, in

11    preparing for today's hearing, you told the Government you

12    are not an expert in California's definition of

13    methamphetamine; correct?

14    A     No, I'm not an expert in the definition according to

15    the Controlled Substance Act in California, no.

16    Q     You haven't reviewed any legislative history; correct?

17    A     No, I haven't.

18    Q     You don't know how the legislature came to define

19    methamphetamine?

20    A     No, I don't.

21    Q     You don't know how the legislature came to define

22    geometric isomers?

23    A     No, I don't.

24    Q     In fact, you testified that that term can have

25    different meanings; correct?

1   A    Yes.

2   Q    And you don't know how the legislature came to define

3   diastereomeric isomers; correct?

4   A    I don't analyze legislative history, no.

5   Q    You don't know whether the legislature heard scientific

6   testimony?

7   A    No.

8   Q    You don't know whether the legislature considered

9   scientific articles?

10  A    No.

11  Q    Your Ph.D. is in neurobiology; correct?

12  A    Yes.

13  Q    You testified you have a bachelor of arts degree in

14  Biological Sciences and Psychology; correct?

15  A    Yes, it was a combined program that gives you a -- it's

16  a neuroscience program with degrees that you come out are in

17  biology and psychology.

18  Q    You don't have any degrees in chemistry?

19  A    No, I do not.

20  Q    Your research focuses on the effects of drugs on the

21  brain?

22  A    Yes.

23  Q    Specifically, you have studied the effects of

24  hallucinogens on the brain?

25  A    That's one type of product that we worked on, yes.

```
 1   Q    Your articles that you've published have focused on the
 2   effects of hallucinogens on the brain?
 3   A    Some of them have.
 4   Q    Methamphetamine is not a hallucinogen; correct?
 5   A    No, but we've published articles on methamphetamine.
 6   Q    You personally have not authored any articles on
 7   methamphetamine?
 8   A    That's not true.
 9   Q    You spoke with the Government in December of 2018;
10   correct?
11   A    Yes.
12   Q    And when you spoke with them, you told them you had not
13   authored any articles on methamphetamine?
14   A    Yes, that was not -- that was a mistake.
15   Q    So when you told the Government that in December, that
16   was a mistake?
17   A    Yes.
18   Q    And you told them you had not published any research on
19   methamphetamine; correct?
20   A    Yes.
21   Q    And you told them you hadn't worked with
22   L-methamphetamine at all; correct?
23   A    Yes.
24   Q    Now, you work in the Department of Psychiatry at the
25   University of California at San Diego; correct?
```

1   A    Yes, I do.

2   Q    Your job title is associate adjunct professor; correct?

3   A    Yes.

4   Q    And your job title before that was assistant adjunct

5   professor; correct?

6   A    Yes.

7   Q    There is a difference between an adjunct professor and

8   a professor who is not an adjunct professor; correct?

9   A    You want me to explain the difference at UCSD?

10  Q    Sure.

11  A    So at UCSD, adjunct titles are there because the

12  university doesn't pay our salary, so we have to pay our

13  salary based on bringing in grant money.  So the adjunct

14  title is an internal title that just denotes where our

15  salary is paid from, where the funds come from.

16        There are some people that work at UCSD that are

17  paid directly by the university and at least for their

18  salary don't have to get grant money.  But in my series, I

19  have to get money from my research separate from the money

20  that comes from the university, so that's why I'm considered

21  an adjunct associate professor.

22  Q    Now, an associate adjunct professor does not have

23  tenure; correct?

24  A    No.

25  Q    An associate professor does have tenure; correct?

```
1    A    Yes.

2    Q    So there's a difference between an associate adjunct

3    professor and an associate professor; correct?

4    A    In terms of the -- in terms of the internal job

5    description at UCSD, yes.

6    Q    And in terms of the pay; correct?

7    A    No.

8    Q    In terms of whether the pay comes from the university

9    or from an outside source; correct?

10   A    Well, all the money goes to UCSD first, so it doesn't

11   change how the job operates day-to-day, it just changes

12   where UCSD gets the money from to pay you.

13   Q    And there's a difference between the tenure; correct?

14   A    Theoretically.  It doesn't -- there's no -- there's no

15   real job security for most people in the department.

16   Q    But an associate professor has tenure; correct?

17   A    That's my understanding, yes.

18   Q    An associate adjunct professor does not; correct?

19   A    That's my understanding.

20         MS. WAKEFIELD:  One moment, please, Your Honor.

21         Nothing further.  Thank you, Your Honor.

22         THE COURT:  Any further questions from the

23   Government?

24         MS. REESE:  Yes, Your Honor, may I?

25         May I approach the witness and the bench,
```

1   Your Honor, with terms to reference?

2

3                        REDIRECT EXAMINATION

4   BY MS. REESE:

5   Q    Professor Halberstadt, you were asked some questions

6   regarding the article by Gilbert by Ms. Wakefield.

7            Do you remember those questions?

8   A    Yes, I do.

9   Q    And I've handed up to you an article by -- sorry.  You

10  were asked -- the questions you were asked didn't relate to

11  the article by Gilbert, I suppose.  It related to the

12  article by Branum.

13           I've handed you an article by an individual named

14  Richard Gilbert, and I suppose --

15           MR. REESE:  Could we mark this Court's Exhibit 4?

16           THE CLERK:  Five.

17           MS. REESE:  Court's Exhibit 5.

18           And may I offer it into evidence, Your Honor?

19           THE COURT:  Yes, it's received.

20           (Court's Exhibit 5 received in evidence.)

21  BY MS. REESE:

22  Q    And on page -- what is numbered as page 85, the second

23  page of the article that I've shown you, does that contain a

24  diagram of the 1-phenyl-3-aminobutane structure that was

25  referenced in the Branum article?

1   A     Yes, it does.  They labeled it differently, but it's

2   the same compound, and that is Compound B in Figure 1.

3   Q     So Compound B in Figure 1 is the same

4   1-phenyl-3-aminobutane compound that is referenced in the

5   Branum article?

6   A     Yes, it is.

7   Q     Looking at Compound B in the Gilbert article, is that

8   methamphetamine?

9   A     No, it's not.

10  Q     How do you know?

11  A     Because methamphetamine is Molecule D in that figure.

12  Q     So what about Molecule B in this figure tells you that

13  it is not methamphetamine?

14  A     It has a completely different structure.  It contains

15  all the same -- it contains all the same atoms, so it's a

16  constitutional isomer, but if you look at the arrangement of

17  the atoms, so if you compare B and D, the arrangement is

18  competely different.

19          So in B, there's a ring structure, benzium ring,

20  and then there's -- you count them one, two, three carbon

21  atoms in the chain; and then at the end there's an amino

22  group, that's the nitrogen, the nh2.  So if you look at

23  Molecule D, methamphetamine, there's a ring structure.

24  That's a benzium ring, and then you can see there's two

25  carbons, and then an amino group.

1          So Compound B has a ring, and then three carbons

2    and an amino group, while Compound D, methamphetamine, has a

3    ring, and two carbons and an amino group.  That's not the

4    same structure.

5    Q    Does the Branum article's reference to "geometric

6    isomers of methamphetamine" change your conclusion about

7    whether such isomers actually exist?

8    A    No, it does not.

9    Q    Are you aware of any other scientific articles that

10   reference geometric isomers of methamphetamine?

11   A    I've never seen any other articles, no.

12   Q    And you were also asked some questions about the Gold

13   Book's definition of geometric isomerism.

14   A    Yes.

15   Q    And about cis-trans isomerism?

16   A    Yes.

17   Q    What are cis-trans isomers?

18   A    Cis-trans isomers are a subset of geometric isomers.

19   So they still fall in the definition of a geometric isomer,

20   but they are a subset because they deal with compounds that

21   specifically have rigid carbon-carbon bond.  So most

22   carbon-carbon bonds -- single bonds will rotate, but

23   carbon-carbon bonds can also be rigid, either because

24   they're held in place by a double bond or because they're

25   part of a ring structure.

1           And so if you have a rigid carbon-carbon bond, and

2    then there's two functional groups attached to carbons that

3    make up the bond with one located on one end of the

4    carbon-carbon bond and the other functional group on the

5    other, that produces a situation where you can have

6    cis-trans isomers, so it's a subset of geometric isomers.

7    So not all geometric isomers are cis-trans isomers -- sorry.

8    Yes, not all geometrical isomers are cis-trans isomers, but

9    all cis-trans isomers are geometric isomers.

10   Q    Do cis-trans isomers of methamphetamine exist?

11   A    So, it would require you having a rigid carbon-carbon

12   bond with a functional group on either end.  If you look at

13   the structure of methamphetamine, if you look at each atom,

14   you don't see a situation where that occurs.

15   Q    Have you prepared a declaration regarding whether

16   cis-trans isomers of methamphetamine exist?

17   A    Yes, there is one in another case.

18   Q    And do you have that up there with you?

19   A    Yes.  Yes, I do.

20   Q    Do you recognize that declaration?

21   A    Yes, I do.

22   Q    Is that your signature on the bottom?

23   A    It is.

24   Q    Do you adopt that declaration?

25   A    Yes, I do.

```
 1              MS. REESE:  Your Honor, the Government offers this
 2   as Court's Exhibit 6.
 3              THE COURT:  Received.
 4              (Court's Exhibit 6 received in evidence.)
 5              MS. REESE:  Nothing further, Your Honor.
 6              THE COURT:  Do you wish to inquire further?
 7
 8                        RECROSS-EXAMINATION
 9   BY MS. WAKEFIELD:
10   Q    Professor Halberstadt, your testimony is that cis-trans
11   isomers are a subset of geometric isomers?
12   A    Yes.
13   Q    And that definition that you're using, that's
14   inconsistent with the Gold Book; correct?
15   A    Well, the Gold Book -- so it's an obsolete term, so
16   they don't give a comprehensive definition of geometric
17   isomers.  They just give the most common definition.
18   Q    And they say it's an obsolete term used as a synonym
19   for cis-trans isomers; correct?
20   A    Yes, but it's also used as a synonym for other types of
21   isomers, yes, other types of diastereomers.
22   Q    Fair to say that all of these terms are used
23   differently in different contexts?
24   A    The term "geometric isomer" has been used in two
25   different ways, yes.
```

1  Q    And it's the same with cis-trans isomers; correct?

2  A    A cis-trans isomer has a specific definition.

3  Q    But the Gold Book defines geometric isomers as a

4  synonym of cis-trans isomers; correct?

5  A    Yes, that's how they define it, yes.

6  Q    But you have a different definition?

7  A    No, I'm just -- I'm just explaining how the term is

8  used in the literature.

9  Q    The literature, besides the Gold Book; correct?

10  A    Yes, the Gold Book is only a recommendation for how

11  chemists should name compounds, and they're not even

12  recommending a specific term for this.  They're just

13  explaining one way that it's been used.

14  Q    So the Gold Book is the standardly accepted textbook on

15  naming chemical terms; correct?

16  A    It's a formalization of rules that chemists have

17  developed to name compounds.

18  Q    It's generally accepted within the field of chemistry;

19  correct?

20  A    It isn't used in every purpose in journal articles,

21  it's a recommendation for how to name things formally.

22  Q    And the recommendation for geometric isomers is from

23  1996; correct?

24  A    I wouldn't view this as a recommendation, I would view

25  it as an explanation.

```
 1              MS. WAKEFIELD:  One moment, Your Honor.
 2   BY MS. WAKEFIELD:
 3   Q    Do you have the Gold Book of geometric isomerism in
 4   front of you?
 5   A    Yes, I do.
 6   Q    Do you see under the word "source"?
 7   A    Yes.
 8   Q    And you see it cites to the recommendations of 1996?
 9   A    Yes.
10   Q    So the source for this definition is from the
11   International Union of Peer and Applied Chemistry, their
12   recommendations that they issued in 1996; correct?
13   A    Yeah, but they're recommending that the term not be
14   used.
15   Q    They're recommending that the term not be used and it
16   be defined as an obsolete synonym for cis-trans isomerism;
17   correct?
18   A    Yes, that's how they're explaining it.
19              MS. WAKEFIELD:  One moment, please.
20              Nothing further.  Thank you, Your Honor.
21              THE COURT:  The parties have a few minutes to sum
22   up, and then I'll take the matter under submission.  Do you
23   want to give me your sum-up position.
24              MR. ROSENBAUM:  Your Honor, there's a second
25   witness available.  The immigration officer who was
```

1  present --

2         THE COURT:  This is the only issue that I need

3  testimony about.  So let me hear your sum up on this witness

4  briefly.

5         MS. REESE:  Your Honor, would you like the witness

6  excused at this point?

7         THE COURT:  He can sit there.  You don't have to

8  go through all his testimony.  Just give me the essence of

9  what you think is most persuasive.

10        MS. REESE:  Your Honor, clearly the parties are in

11  agreement about at least one thing or at least there's no

12  factual dispute about at least one thing, which is that

13  geometric isomers can mean diasteromer, and it can also mean

14  cis-trans isomer.  And cis-trans isomers are a subset of

15  diastereomers.

16        And what there again has been absolutely no

17  dispute about is whether either diastereomers or cis-trans

18  isomers of methamphetamine exist.  Neither diastereomers,

19  nor cis-trans isomers of methamphetamine exist.  That was

20  Professor Halberstadt's testimony and that is the undisputed

21  evidentiary record upon which this Court must make its

22  determination in this case.

23        And given that neither diastereomers of

24  methamphetamine nor cis-trans isomers of methamphetamine

25  exist, and there's no alternative conception for what a

1    geometric isomer could have meant -- what California could

2    have meant by a geometric isomer, under those circumstances,

3    then the conclusion that geometric isomers of

4    methamphetamine don't exist is self-evident.

5          And if I may have one moment, Your Honor, I'd like

6    to grab the California statute that is actually at issue

7    here.  And actually it may be useful.  I can hand this

8    version to the Court for the Court's reference if you'd

9    like.

10          THE COURT:  All right.

11          MS. REESE:  So California Health and Safety Code

12   Section 11033 which is where the definition of "isomer" that

13   we're disputing about with respect to methamphetamine, where

14   it comes from, and I will note that it defines "isomer"

15   generally and broadly for use through the entire California

16   Health and Safety Code.  And its definition of geometric

17   isomer notes parenthetically diastereomers, and so there was

18   a lot of discussion during cross-examination about the

19   Gold Book's definition of geometric isomer.

20          What matters here is how California has defined a

21   geometric isomer, and the parenthetical note in California

22   Health and Safety Code Section 11033 does appear to limit

23   the definition to diastereomers and diastereomeric isomers.

24   And given that limitation, Professor Halberstadt's

25   undisputed testimony that diastereomers of methamphetamine

1   do not exist conforms to the way that California itself has

2   defined geometric isomer, but either way, whether it's the

3   Gold Book definition, which is focused on cis-trans isomers

4   or the definition that appears to be apparent from the face

5   of California Health and Safety Code Section 11033, neither

6   diastereomers nor cis-trans isomers of methamphetamine

7   exist.

8          There are only two possible isomers of

9   methamphetamine, and they are L-meth and D-meth which are

10  enantiomers of each other.  And under those circumstances, I

11  don't think that there is any reasonable factual dispute

12  about whether geometric isomers of methamphetamine exist.

13         THE COURT:  All right.  Let me hear from

14  defendant.  Give me a sum up if you can.

15         MS. WAKEFIELD:  Thank you, Your Honor.

16         I think it's clear that these terms do not have

17  precise meanings, that they're used differently, and they're

18  given different definitions in different contexts.

19         I think the California Health and Safety Code

20  11033, it is -- it defines "isomers" in an inclusive and

21  broad way, and it notes that the term "isomer" includes

22  optical and geometrical, and then in parens diastereomeric

23  isomers.  When we contrast that with the federal definition

24  of isomer that's applicable here, it's a very limited

25  definition.  It says the term "isomer" means the optical

1    isomer.

2           So the California definition is broad, and it's

3    meant to be inclusive, whereas, the federal definition is

4    narrow and meant to be limited just to optical isomers.  So

5    when we have these different terms used differently in

6    different contexts, we have a treatise used in the field of

7    chemistry that defines these terms one way, we have

8    testimony that defines these terms a different way, I think

9    the California statute is meant to be broad and encompass

10   all of these different definitions, and it's meant to be

11   inclusive in these cases.

12          And so I don't think the precise question that's

13   relevant here is whether the term of "geometrical isomers"

14   as defined by the professor includes methamphetamine.  The

15   question is really whether California's law definition,

16   broad definition, includes methamphetamine.  And I think

17   there, given the different definitions and different

18   contexts and the broad terms used by the California

19   legislature, I think that's enough.

20          And I did also want to address the legal -- some

21   of the legal arguments.  I don't know if the Court wants us

22   to do that now.

23          THE COURT:  No, I'm mostly interested in this.

24   The other arguments I can grasp from the pleadings.

25          MS. WAKEFIELD:  Thank you, Your Honor.  One thing

1    I wanted to address is I don't think that the Court's

2    analysis should get to this question because of the cases

3    that we cited about when the overbreadth is apparent from

4    the face of the statute, that the defendant has carried his

5    burden.  And that's the *Dow* {sic} decision en banc of the

6    Ninth Circuit.  And so I wanted to make that point as well

7    for the Court.

8            THE COURT:  Thank you.  The matter will stand

9    submitted.  Thank you, Doctor.

10            MR. ROSENBAUM:  Just for the record, just a few

11    notes.  I believe the defense has requested an opportunity

12    to cross-examine the law enforcement officer.  He's driven

13    multiple hours to be here, so to the extent the Court wants

14    to hear from him --

15            THE COURT:  I didn't find it necessary to hear

16    from him.

17            MR. ROSENBAUM:  Understood.  And then just a

18    housekeeping matter, I think we're currently set for trial

19    in mid April, and I believe both parties would --

20            THE COURT:  I'll issue an order.

21            MR. ROSENBAUM:  Okay.  We can also file a

22    stipulation if Your Honor would like.

23        *(Thereupon, at 4:08 p.m., proceedings adjourned.)*

24

25                    *-oOo-*

1

2

3                              *CERTIFICATE*

4

5          *I hereby certify that pursuant to Section 753,*

6  *Title 28, United States Code, the foregoing is a true and*

7  *correct transcript of the stenographically reported*

8  *proceedings held in the above-entitled matter and that the*

9  *transcript format is in conformance with the regulations of*

10 *the Judicial Conference of the United States.*

11

12 *Date:  April 4, 2019*

13

14                              */s/ Lisa M. Gonzalez*
                          _____
15                         *Lisa M. Gonzalez, U.S. Court Reporter*
                          *CSR No. 5920*
16

17

18

19

20

21

22

23

24

25

**BY MS. REESE: [4]** 12/8
14/19 30/3 30/20
**BY MS. WAKEFIELD: [5]**
17/1 18/4 19/3 34/8 36/1
**MR. ROSENBAUM: [2]**
4/6 41/20
**MS. REESE: [9]** 4/9 5/2
5/5 12/4 16/20 29/23 30/16
34/4 37/4
**MS. WAKEFIELD: [12]**
4/10 4/22 14/18 19/1 20/16
20/20 20/22 29/19 35/25
36/18 39/14 40/24
**THE CLERK: [5]** 4/3 5/12
5/15 20/14 30/15
**THE COURT: [24]** 4/14
4/24 5/3 12/2 12/6 15/3
16/22 17/24 18/1 19/2 20/21
29/21 30/18 34/2 34/5 36/20
37/1 37/6 38/9 39/12 40/22
41/7 41/14 41/19
**THE WITNESS: [2]** 5/17
15/4

**-**
-o0o [1] 4/3
-oOo [1] 41/25

**/**
/s [1] 42/14

**1**
1-phenyl-3-aminobutane [6]
17/18 18/12 18/19 19/11
30/24 31/4
103 [1] 17/24
11033 [4] 38/12 38/22 39/5
39/20
12 [1] 3/15
17 [1] 3/4
18 [1] 3/16
18-CR-00450-SVW [1] 1/8
1996 [3] 35/23 36/8 36/12
1st [1] 1/22

**2**
20 [1] 3/17
2006 [1] 6/12
2012 [1] 6/14
2018 [1] 27/9
2019 [3] 1/16 4/1 42/12
213 [1] 1/23
213.894.2854 [1] 2/10
213.894.4896 [1] 2/6
25 [2] 1/16 4/1
28 [1] 42/6
2979 [1] 1/23
2:59 [1] 4/2

**3**
30 [2] 3/4 3/18
312 [1] 2/5
321 [1] 2/9
34 [2] 3/4 3/19
350 [1] 1/22

**4**
4455 [1] 1/22
4:08 [1] 41/23

**5**
5920 [2] 1/21 42/15

**7**
702 [1] 5/9
753 [1] 42/5

**8**
85 [1] 30/22
894-2979 [1] 1/23

**9**
90012 [3] 1/23 2/5 2/9

**A**
about [20] 7/16 9/8 9/11
23/4 23/10 23/25 24/3 25/10
31/12 32/6 32/12 32/15 37/3
37/11 37/12 37/17 38/13
38/18 39/12 41/3
above [1] 42/8
above-entitled [1] 42/8
absolutely [1] 37/16

accepted [2] 35/14 35/18
according [1] 25/14
across [1] 15/25
Act [1] 25/15
actually [9] 7/23 13/15
15/18 15/24 15/25 16/10
32/7 38/6 38/7
Adam [3] 3/4 5/15 5/18
address [2] 40/20 41/1
adjourned [1] 41/23
adjunct [10] 28/2 28/4 28/7
28/8 28/11 28/13 28/21
28/22 29/2 29/18
admit [1] 17/24
adopt [1] 33/24
affect [1] 6/21
afternoon [6] 4/7 4/10 4/11
5/24 17/3 17/4
again [3] 9/10 11/5 37/16
agreed [2] 10/4 11/6
agreement [1] 37/11
all [13] 7/18 27/22 29/10
31/15 31/15 33/7 33/8 33/9
34/22 37/8 38/10 39/13
40/10
alpha [3] 15/7 15/9 16/2
also [13] 6/9 7/21 7/23 9/20
13/10 15/8 21/24 32/12
32/23 34/20 37/13 40/20
41/21
alternative [1] 37/25
always [2] 23/20 23/23
am [4] 6/2 8/4 9/22 15/5
AMERICA [2] 1/6 4/5
amino [4] 31/21 31/25 32/2
32/3
aminobutane [6] 17/18
18/12 18/19 19/11 30/24
31/4
analysis [1] 41/2
Analytical [2] 18/6 18/15
analyze [1] 26/4
Angeles [5] 1/15 1/23 2/5
2/9 4/1
animals [1] 6/23
another [7] 8/7 8/25 9/9
14/9 24/16 24/19 33/17

## A

any [15] 4/22 6/18 10/1
10/10 14/21 24/4 25/16
26/18 27/6 27/13 27/18
29/22 32/9 32/11 39/11
aol.com [1] 1/24
apparent [2] 39/4 41/3
appear [1] 38/22
appearances [2] 2/1 4/6
appears [1] 39/4
applicable [1] 39/24
Applied [2] 19/16 36/11
approach [3] 19/2 20/21
29/25
April [2] 41/19 42/12
are [79]
area [1] 6/18
areas [2] 12/19 12/21
arguments [2] 40/21 40/24
around [1] 24/8
arranged [1] 8/9
arrangement [3] 8/22 31/16
31/17
article [14] 3/16 3/18 17/18
17/22 18/6 30/6 30/9 30/11
30/12 30/13 30/23 30/25
31/5 31/7
article's [1] 32/5
articles [9] 10/9 26/9 27/1
27/5 27/6 27/13 32/9 32/11
35/20
arts [1] 26/13
as [26] 6/14 6/15 7/21 8/7
8/20 10/21 12/3 12/6 14/25
15/7 17/19 17/22 17/23 21/9
21/12 21/16 30/22 34/2
34/18 34/20 35/24
35/25 36/16 40/14 41/6
ask [5] 5/9 7/16 9/9 9/10
12/18
asked [4] 30/5 30/10 30/10
32/12
asking [1] 25/3
assistant [4] 2/3 4/9 6/15
28/4
associate [11] 6/2 6/16 6/17

28/1 28/21 28/22 28/25 29/2
29/3 29/16 29/18
atom [9] 9/24 14/24 15/1
24/2 24/3 24/12 24/16 24/19
33/13
atoms [10] 8/7 8/9 8/11 8/21
16/7 24/5 25/6 31/15 31/17
31/21
attached [6] 15/3 15/9 16/1
24/1 24/4 33/2
ATTORNEY [2] 2/2 4/9
ATTORNEYS [1] 2/3
authored [2] 27/6 27/13
auto [1] 11/19
available [1] 36/25
aware [1] 32/9

## B

B.A [1] 6/6
bachelor [1] 26/13
back [4] 14/3 18/22 20/25
23/24
backbone [1] 15/12
background [4] 6/4 7/18
15/11 25/10
banc [1] 41/5
based [5] 8/2 10/19 16/12
16/14 28/13
be [31] 8/8 8/18 10/24 11/3
13/18 14/1 14/24 15/20
15/23 16/4 16/19 18/22
20/12 21/19 23/19 23/20
24/11 24/14 24/21 24/24
32/23 36/13 36/15 36/16
38/7 39/4 40/3 40/4 40/9
40/10 41/13
became [1] 6/16
because [14] 4/19 5/1 9/12
10/14 13/13 14/16 16/5
16/16 28/11 31/11 32/20
32/23 32/24 41/2
become [3] 6/24 7/2 7/13
been [5] 6/13 10/8 34/24
35/13 37/16
before [6] 5/10 5/12 11/12
11/15 12/18 28/4
behalf [2] 4/8 4/12

behind [1] 5/14
believe [6] 11/24 18/17
18/21 21/11 41/11 41/19
bench [1] 29/25
benzium [2] 31/19 31/24
besides [2] 17/8 35/9
between [5] 12/17 25/6 28/7
29/2 29/13
Biological [1] 26/14
biology [1] 26/17
bit [2] 9/7 9/11
body [1] 6/22
bond [8] 4/13 24/6 32/21
32/24 33/1 33/3 33/4 33/12
bonded [1] 8/9
bonding [2] 24/18 25/6
bonds [3] 32/22 32/22 32/23
book [17] 19/19 19/21 19/24
20/2 20/11 21/9 21/12 21/16
22/25 34/14 34/15 35/3 35/9
35/10 35/14 36/3 39/3
Book's [2] 32/13 38/19
both [3] 4/18 12/22 41/19
bottom [3] 12/1 15/14 33/22
brain [4] 6/21 26/21 26/24
27/2
Branum [4] 30/12 30/25
31/5 32/5
briefly [1] 37/4
bringing [1] 28/13
broad [5] 39/21 40/2 40/9
40/16 40/18
broader [2] 23/14 23/15
broadly [1] 38/15
burden [1] 41/5

## C

CALIFORNIA [23] 1/2
1/15 1/23 2/5 2/9 4/1 4/18
6/3 6/10 25/15 27/25 38/1
38/6 38/11 38/15 38/20
38/21 39/1 39/5 39/19 40/2
40/9 40/18
California's [2] 25/12 40/15
call [5] 15/12 17/25 18/10
20/17 20/23
called [4] 14/6 14/7 19/8

**C**

called... [1] 19/19
came [3] 25/18 25/21 26/2
can [37] 5/12 8/20 9/9 9/10
 10/15 14/8 14/16 14/21
 14/24 14/25 15/10 16/7
 16/10 16/12 16/14 19/5
 21/19 21/24 22/1 22/3 22/8
 23/19 23/20 24/13 24/14
 25/3 25/24 31/24 32/23 33/5
 37/7 37/13 37/13 38/7 39/1
 40/24 41/21
can't [2] 10/18 11/3
cannot [4] 14/1 14/2 16/19
 22/5
carbon [17] 15/7 15/7 15/9
 16/2 31/20 32/21 32/21
 32/22 32/22 32/23 32/23
 33/1 33/1 33/4 33/4 33/11
 33/11
carbon-carbon [6] 32/21
 32/22 32/23 33/1 33/4 33/11
carbons [4] 31/25 32/1 32/3
 33/2
CARLOS [3] 1/9 4/5 4/13
Carlos Nava [1] 4/13
carried [1] 41/4
case [4] 15/23 17/5 33/17
 37/22
cases [2] 40/11 41/2
CCRR [1] 1/21
CENTRAL [1] 1/2
CERTIFICATE [1] 42/3
certify [1] 42/5
chain [2] 15/11 31/21
change [4] 15/2 25/7 29/11
 32/6
changed [1] 25/8
changes [1] 29/11
chemical [4] 6/21 7/14 19/14
 35/15
chemically [1] 8/17
chemicals [2] 7/4 7/24
chemistry [12] 7/17 7/19
 7/20 7/22 7/25 10/5 19/16
 19/22 26/18 35/18 36/11

**D**

chemists [4] 11/8 20/9 35/11
 35/16
circled [7] 12/19 12/21 13/5
 13/19 13/22 15/2 15/6
Circuit [1] 41/6
circumstances [2] 38/2
 39/10
cis [27] 21/3 21/17 21/19
 22/1 23/15 32/15 32/17
 32/18 33/6 33/7 33/8 33/9
 33/10 33/16 34/10 34/19
 35/1 35/2 35/4 36/16 37/14
 37/14 37/17 37/19 37/24
 39/3 39/6
cis-trans [27] 21/3 21/17
 21/19 22/1 23/15 32/15
 32/17 32/18 33/6 33/7 33/8
 33/9 33/10 33/16 34/10
 34/19 35/1 35/2 35/4 36/16
 37/14 37/14 37/17 37/19
 37/24 39/3 39/6
CISNEROS [3] 1/9 4/5 4/13
cited [1] 41/3
cites [1] 36/8
classes [1] 7/20
classified [1] 14/25
clear [1] 39/16
clearly [1] 37/10
Code [6] 38/11 38/16 38/22
 39/5 39/19 42/6
colleagues [1] 7/8
college [1] 7/21
combined [1] 26/15
come [3] 5/4 26/16 28/15
comes [3] 28/20 29/8 38/14
common [1] 34/17
compare [2] 12/13 31/17
compendium [2] 19/14
 19/17
competely [1] 31/18
complete [1] 6/11
completely [2] 21/22 31/14
compound [13] 8/8 9/14
 12/12 12/14 13/15 13/16
 31/2 31/2 31/3 31/4 31/7
 32/1 32/2

**E**

compounds [14] 6/21 7/5
 8/20 8/24 9/6 9/7 9/8 12/13
 12/15 12/17 12/22 32/20
 35/11 35/17
comprehensive [1] 34/16
conception [1] 37/25
conclusion [3] 16/17 32/6
 38/3
Conference [1] 42/10
configerational [1] 22/21
configurational [4] 22/3
 22/6 22/20 23/2
confirmational [2] 23/4 23/5
conformance [1] 42/9
conforms [1] 39/1
connected [2] 9/2 9/25
connectivity [2] 8/12 8/21
consider [1] 5/1
considered [3] 20/3 26/8
 28/20
constitutional [3] 18/21 19/9
 31/16
constructed [1] 7/23
contain [1] 30/23
contains [2] 31/14 31/15
contexts [4] 34/23 39/18
 40/6 40/18
contrast [1] 39/23
Controlled [1] 25/15
convention [2] 15/10 15/21
conversation [1] 18/22
copy [3] 11/21 11/24 17/22
core [1] 15/13
corner [1] 12/2
correct [67]
could [4] 24/11 30/15 38/1
 38/1
Counsel [1] 4/6
count [1] 31/20
court [12] 1/1 4/16 5/12 5/14
 17/22 20/19 37/21 38/8
 40/21 41/7 41/13 42/15
Court's [20] 12/3 12/8 12/10
 13/6 13/17 13/19 13/23 14/3
 17/25 18/3 20/17 20/20
 20/23 30/15 30/17 30/20
 34/2 34/4 38/8 41/1

**C**

Courthouse [2] 1/22 2/4
CR [2] 1/8 4/4
CR-18-450-SVW [1] 4/4
CRIMES [1] 2/4
cross [6] 3/3 4/24 16/23 17/1
38/18 41/12
cross-examination [3] 16/23
17/1 38/18
cross-examine [2] 4/24
41/12
CSR [2] 1/21 42/15
csrlisag [1] 1/24
currently [1] 41/18

**D**

D-meth [1] 39/9
dashed [1] 15/17
Date [1] 42/12
Daubert [1] 5/8
day [4] 7/22 7/22 29/11
29/11
day-to-day [2] 7/22 29/11
deal [1] 32/20
December [2] 27/9 27/15
decide [1] 16/12
decision [1] 41/5
declaration [10] 3/19 5/1
17/5 17/8 17/13 23/22 23/24
33/15 33/20 33/24
declarations [1] 5/8
defendant [4] 1/10 2/7 39/14
41/4
DEFENDER [1] 2/8
DEFENDER'S [1] 2/7
defense [4] 4/22 5/8 17/23
41/11
define [6] 22/7 22/8 25/18
25/21 26/2 35/5
defined [5] 22/25 36/16
38/20 39/2 40/14
defines [6] 21/9 35/3 38/14
39/20 40/7 40/8
definition [35] 8/16 8/18
10/14 10/19 16/13 16/14
21/15 22/12 22/14 22/17
22/21 22/23 23/2 25/12

25/14 32/13 32/19 34/13
34/16 34/17 35/2 35/6 36/10
38/12 38/16 38/19 38/23
39/3 39/4 39/23 39/25 40/2
40/3 40/15 40/16
definitions [11] 10/3 10/4
10/7 10/8 11/5 11/7 22/10
23/3 39/18 40/10 40/17
degree [1] 26/13
degrees [2] 26/16 26/18
Delaware [1] 6/7
demonstrative [3] 3/15 11/9
12/10
denotes [2] 15/18 28/14
department [2] 27/24 29/15
DEPUTY [1] 2/8
description [1] 29/5
determination [1] 37/22
developed [1] 35/17
dextro [1] 14/6
dextro-methamphetamine
[1] 14/6
diagram [2] 15/8 30/24
diastereoisomer [3] 23/8
23/12 23/14
diastereoisomers [8] 21/6
21/9 21/13 21/19 21/24 22/5
22/16 22/19
diastereomer [9] 8/14 8/17
9/13 9/14 10/22 10/24 11/3
20/8 22/11
diastereomeric [3] 26/3
38/23 39/22
diastereomers [15] 9/17
10/11 10/16 14/14 14/22
16/17 34/21 37/15 37/17
37/18 37/23 38/17 38/23
38/25 39/6
diasteromer [1] 37/13
did [4] 5/1 6/11 23/22 40/20
didn't [2] 30/10 41/15
Diego [3] 6/3 6/10 27/25
difference [5] 8/12 28/7 28/9
29/2 29/13
different [21] 7/22 8/10 8/19
8/22 16/4 16/5 16/7 25/25
31/14 31/18 34/23 34/25

25/6 39/18 39/18 40/5 40/6
40/8 40/10 40/17 40/17
differently [4] 31/1 34/23
39/17 40/5
dimensional [3] 8/10 8/13
15/17
dimensions [1] 15/18
DIRE [1] 3/3
DIRECT [2] 3/3 5/22
directly [1] 28/17
discouraged [1] 20/5
discussed [2] 10/3 11/5
discussion [1] 38/18
dismiss [1] 4/16
dispute [3] 37/12 37/17
39/11
disputing [1] 38/13
DISTRICT [3] 1/1 1/2 1/22
DIVISION [1] 1/3
do [35] 5/12 5/20 6/1 6/1
6/18 7/7 7/18 10/13 11/11
11/13 11/14 11/21 13/3 24/8
24/18 26/19 28/1 30/7 30/8
31/10 33/10 33/18 33/19
33/20 33/21 33/24 33/25
34/6 36/3 36/5 36/6 36/22
39/1 39/16 40/22
Doctor [1] 41/9
doctoral [1] 6/9
does [20] 10/10 10/12 13/25
14/13 14/21 21/6 21/8 21/11
21/12 22/18 22/18 22/19
28/22 28/25 29/18 30/23
31/1 32/5 32/8 38/22
doesn't [7] 22/12 22/13
22/16 25/7 28/12 29/10
29/14
don't [21] 10/17 22/9 23/1
25/18 25/20 25/21 25/23
26/2 26/4 26/5 26/8 26/18
28/18 33/14 34/16 37/7 38/4
39/11 40/12 40/21 41/1
done [1] 6/9
double [1] 32/24
Dow [1] 41/5
down [4] 15/16 15/16 15/19
16/3

**D**

driven [1] 41/12
drugs [1] 26/20
during [1] 38/18

**E**

e-mail [3] 3/17 18/25 20/16
e-p-i-m-e-r-s [1] 23/10
each [5] 14/23 15/1 16/7
 33/13 39/10
East [1] 2/9
education [2] 6/24 8/2
educational [1] 6/24
effects [3] 26/20 26/23 27/2
either [5] 5/10 32/23 33/12
 37/17 39/2
electron [3] 24/11 24/14
 24/23
electrons [7] 24/1 24/4 24/7
 24/18 24/18 25/5 25/7
else [1] 16/9
employment [1] 6/24
en [1] 41/5
en banc [1] 41/5
enantiomer [4] 8/24 9/4
 14/2 23/11
enantiomers [9] 9/16 10/15
 13/9 13/13 14/8 14/10 17/12
 21/10 39/10
encompass [1] 40/9
end [5] 5/10 12/6 31/21 33/3
 33/12
enforcement [1] 41/12
enough [1] 40/19
entire [1] 38/15
entitled [1] 42/8
entry [3] 19/24 20/25 21/2
epimers [1] 23/10
essence [1] 37/8
even [1] 35/11
every [1] 35/20
everyone's [1] 11/22
evidence [7] 4/17 12/8 18/3
 20/20 30/18 30/20 34/4
evident [1] 38/4
evidentiary [2] 4/15 37/21
exactly [4] 10/9 11/4 14/18

examination [6] 5/22 16/23
 17/1 30/3 34/8 38/18
examine [3] 4/24 16/12
 41/12
examined [1] 19/17
exchange [2] 10/1 25/6
excused [1] 37/6
exhibit [20] 12/4 12/8 12/10
 13/6 13/17 13/20 13/23 14/3
 17/24 17/25 18/3 20/15
 20/18 20/20 20/23 30/15
 30/17 30/20 34/2 34/4
Exhibit 1 [2] 12/4 13/20
Exhibit 3 [1] 20/18
Exhibits [2] 3/13 3/14
exist [10] 32/7 33/10 33/16
 37/18 37/19 37/25 38/4 39/1
 39/7 39/12
experience [2] 8/2 23/1
experimental [1] 7/22
experiments [1] 7/24
expert [3] 4/22 25/12 25/14
explain [1] 28/9
explaining [3] 35/7 35/13
 36/18
explanation [1] 35/25
extent [1] 41/13

**F**

face [2] 39/4 41/4
fact [2] 21/9 25/24
factual [2] 37/12 39/11
faculty [1] 6/14
Fair [1] 34/22
fall [1] 32/19
familiar [7] 6/25 7/2 7/13
 8/3 8/14 9/20 19/14
family [1] 7/6
federal [5] 2/7 2/8 4/19
 39/23 40/3
fellowship [1] 6/9
few [4] 5/9 7/16 36/21 41/10
field [6] 10/4 10/5 11/6
 19/22 35/18 40/6
figure [4] 31/2 31/3 31/11
 31/12

find [1] 41/15
fingers [1] 9/1
first [4] 5/20 6/15 7/18
 29/10
Five [1] 30/16
fixed [1] 25/8
focus [3] 6/18 6/20 11/19
focused [2] 27/1 39/3
focuses [1] 26/20
follow [1] 24/22
foot [1] 16/2
force [1] 25/9
foregoing [1] 42/6
formalization [1] 35/16
formally [1] 35/21
format [1] 42/9
forward [2] 5/4 5/13
front [4] 11/10 12/11 21/15
 36/4
full [1] 5/16
functional [3] 33/2 33/4
 33/12
funds [1] 28/15
further [6] 16/21 29/21
 29/22 34/5 34/6 36/20

**G**

GABRIELA [2] 2/8 4/12
GENERAL [1] 2/4
generally [5] 10/4 10/5 11/6
 35/18 38/15
geometric [36] 4/18 8/3
 10/10 10/16 13/10 14/12
 14/22 16/18 17/19 18/12
 21/12 22/11 25/22 32/5
 32/10 32/13 32/18 32/19
 33/6 33/7 33/9 34/11 34/16
 34/24 35/3 35/22 36/3 37/13
 38/1 38/2 38/3 38/16 38/19
 38/21 39/2 39/12
geometrical [22] 8/6 8/8
 8/15 9/5 9/18 10/14 10/18
 10/20 10/21 12/14 12/24
 12/25 14/1 14/2 16/19 20/2
 20/7 20/25 22/13 33/8 39/22
 40/13

## G

GEORGINA [2]  2/7 4/12
get [3]  28/18 28/19 41/2
gets [1]  29/12
getting [1]  9/7
Gilbert [4]  30/6 30/11 30/14
 31/7
give [6]  8/16 34/16 34/17
 36/23 37/8 39/14
given [4]  37/23 38/24 39/18
 40/17
gives [1]  26/15
go [2]  12/18 37/8
goes [1]  29/10
going [3]  11/18 14/3 15/20
Gold [19]  19/19 19/21 19/24
 20/2 20/11 20/25 21/9 21/12
 21/16 32/12 34/14 34/15
 35/3 35/9 35/10 35/14 36/3
 38/19 39/3
Gold Book's [1]  38/19
Gonzalez [3]  1/21 42/14
 42/15
good [7]  4/7 4/10 4/11 5/24
 5/25 17/3 17/4
got [1]  6/6
GOVERNMENT [11]  2/2
 4/20 5/7 17/17 18/19 18/25
 25/11 27/9 27/15 29/23 34/1
GOVERNMENT'S [2]  3/2
 5/15
grab [1]  38/6
graduate [1]  7/21
grant [2]  28/13 28/18
grasp [1]  40/24
group [12]  15/3 15/14 15/15
 15/18 16/1 16/2 31/22 31/25
 32/2 32/3 33/4 33/12
groups [5]  9/25 9/25 10/1
 15/1 33/2

## H

H-a-l-b-e-r-s-t-a-d-t [1]
 5/19
had [2]  27/12 27/18
hadn't [1]  27/21
Halberstadt [6]  3/4 5/15
Halberstadt's [2]  37/20
 38/24
hallucinogen [1]  27/4
hallucinogens [2]  26/24 27/2
hand [3]  12/1 17/21 38/7
handed [2]  30/9 30/13
hands [1]  9/1
happen [1]  16/10
happens [2]  16/8 25/9
hard [1]  11/19
has [21]  4/20 5/8 8/7 11/2
 12/12 14/10 14/12 14/16
 15/22 23/3 29/16 31/14 32/1
 32/2 34/24 35/2 37/16 38/20
 39/1 41/4 41/11
have [84]
haven't [3]  19/17 25/16
 25/17
having [2]  22/10 33/11
he [3]  5/3 5/6 37/7
He's [1]  41/12
Health [5]  38/11 38/16
 38/22 39/5 39/19
hear [5]  4/17 37/3 39/13
 41/14 41/15
heard [1]  26/5
hearing [3]  4/16 5/1 25/11
held [2]  32/24 42/8
her [1]  5/10
here [13]  5/2 12/19 12/25
 14/4 15/2 17/14 21/18 22/11
 38/7 38/20 39/24 40/13
 41/13
hereby [1]  42/5
him [3]  5/4 41/14 41/16
his [2]  37/8 41/4
history [2]  25/16 26/4
hold [1]  4/25
HON [1]  1/4
Honor [29]  4/7 4/10 4/11
 4/23 5/3 5/6 11/21 12/5
 16/22 17/21 17/23 19/2
 20/21 29/20 29/21 29/24
 30/1 30/18 34/1 34/5 36/1
 36/20 36/24 37/5 37/10 38/5
 39/15 40/25 41/22

housekeeping [1]  41/18
how [24]  5/24 6/13 6/21
 6/22 7/2 9/1 10/13 13/3
 13/22 14/21 16/10 20/11
 23/4 25/18 25/21 26/2 29/11
 31/10 35/5 35/7 35/10 35/21
 36/18 38/20
However [1]  5/8
humans [1]  6/23
hydrogen [10]  15/9 15/21
 15/23 16/1 16/3 24/2 24/3
 24/4 24/12 24/15

## I

I'd [9]  5/9 11/9 12/6 17/21
 17/24 18/21 22/21 23/24
 38/5
I'll [2]  36/22 41/20
I'm [12]  5/25 9/7 9/10 11/18
 23/9 23/13 24/22 25/14
 28/20 35/7 35/7 40/23
I've [10]  6/9 7/20 11/12
 17/23 19/17 23/3 30/9 30/13
 30/23 32/11
identified [2]  17/5 17/18
identifies [3]  18/9 18/11
 21/16
identify [2]  21/12 23/22
image [3]  9/15 12/17 24/21
images [9]  8/25 9/1 9/17
 9/19 11/12 13/9 13/13 13/14
 14/9
immigration [1]  36/25
impacts [1]  6/22
implicit [1]  15/21
implicitly [1]  15/10
improvise [1]  11/20
include [5]  21/24 22/1 22/3
 22/6 22/19
includes [5]  4/18 4/19 39/21
 40/14 40/16
inclusive [3]  39/20 40/3
 40/11
inconsistent [1]  34/14
Index [1]  3/13
individual [1]  30/13

**I**

initials [1]  11/13
inquire [1]  34/6
instructions [1]  19/18
interact [1]  6/21
interested [1]  40/23
internal [2]  28/14 29/4
International [2]  19/15
 36/11
interpreter [1]  4/14
introduction [2]  18/10 18/11
invert [1]  15/1
is [119]
isn't [4]  15/8 15/15 15/21
 35/20
isomer [40]  8/3 8/6 8/6 8/8
 8/15 9/5 10/20 10/21 13/8
 14/1 17/19 18/12 18/20
 18/21 19/9 19/12 19/13
 19/25 20/2 20/7 22/11 22/13
 25/2 31/16 32/19 34/24 35/2
 37/14 38/1 38/2 38/12 38/14
 38/17 38/19 38/21 39/2
 39/21 39/24 39/25 40/1
isomerism [6]  21/1 21/17
 32/13 32/15 36/3 36/16
isomers [81]
issue [4]  4/17 37/2 38/6
 41/20
issued [1]  36/12
issues [1]  5/9
it [91]
it's [41]  5/6 8/15 9/14 9/15
 10/19 12/7 12/13 13/3 14/2
 15/10 15/16 18/2 20/5 21/3
 21/6 21/23 22/11 22/15
 24/16 24/20 25/2 25/8 26/15
 30/19 31/1 31/9 31/15 33/6
 34/15 34/18 34/20 35/1
 35/13 35/16 35/18 35/21
 39/2 39/16 39/24 40/2 40/10
Item [1]  4/4
its [2]  37/21 38/16
itself [2]  7/11 39/1

**J**

job [5]  28/2 28/4 29/4 29/11
 29/15
journal [5]  10/9 18/6 18/15
 18/16 35/20
JUDGE [2]  1/4 1/4
Judicial [1]  42/10
JULIA [2]  2/3 4/9
just [21]  7/24 10/3 10/19
 11/5 11/22 13/4 13/24 15/10
 15/21 16/14 28/14 29/11
 34/17 35/7 35/7 35/12 37/8
 40/4 41/10 41/10 41/17

**K**

kind [1]  6/18
know [12]  10/13 13/3 16/6
 19/6 23/1 25/18 25/21 26/2
 26/5 26/8 31/10 40/21
known [1]  15/6

**L**

L-meth [1]  39/9
L-methamphetamine [1]
 27/22
lab [1]  7/25
labeled [1]  31/1
laboratory [1]  7/23
language [1]  4/14
last [2]  6/16 18/9
law [4]  4/18 4/19 40/15
 41/12
Leading [1]  14/19
least [7]  10/17 10/25 11/1
 28/17 37/11 37/11 37/12
LEE [2]  5/15 5/18
left [2]  4/8 15/9
legal [2]  40/20 40/21
legislative [2]  25/16 26/4
legislature [6]  25/18 25/21
 26/2 26/5 26/8 40/19
let [5]  12/18 13/15 19/6 37/3
 39/13
let's [3]  5/4 17/25 18/10
levo [1]  14/7
levo-methamphetamine [1]
 14/7

like [9]  5/9 11/9 11/19 17/21
 20/13 37/5 38/5 38/9 41/22
limit [1]  38/22
limitation [1]  38/24
limited [2]  39/24 40/4
line [1]  15/17
lines [1]  15/12
Lisa [3]  1/21 42/14 42/15
literature [2]  35/8 35/9
little [2]  9/7 9/11
living [1]  6/1
located [1]  33/3
long [1]  6/13
look [17]  10/6 12/13 12/15
 14/23 14/23 14/25 15/25
 16/7 18/22 18/24 20/1 20/13
 23/24 31/16 31/22 33/12
 33/13
looked [1]  19/17
looking [2]  13/4 31/7
looks [1]  11/19
Los [5]  1/15 1/23 2/5 2/9 4/1
lot [2]  7/22 38/18

**M**

mail [3]  3/17 18/25 20/16
make [4]  7/24 33/3 37/21
 41/6
many [1]  13/22
March [2]  1/16 4/1
mark [2]  12/3 30/15
marked [2]  17/14 17/23
Matt [1]  4/8
Matt Rosenbaum [1]  4/8
matter [4]  36/22 41/8 41/18
 42/8
matters [1]  38/20
MATTHEW [1]  2/2
may [12]  5/6 5/9 11/18 19/2
 20/12 20/21 21/14 29/24
 29/25 30/18 38/5 38/7
me [14]  5/20 7/8 9/10 12/18
 13/15 19/6 22/7 25/3 28/9
 36/23 37/3 37/8 39/13 39/14
mean [7]  7/7 13/25 24/8
 24/16 24/22 37/13 37/13
meanings [2]  25/25 39/17

## M

means [2]  14/1 39/25
meant [6]  38/1 38/2 40/3 40/4 40/9 40/10
medications [1]  6/22
member [1]  6/14
memory [2]  18/24 19/6
meth [2]  39/9 39/9
methamphetamine [59]
methyl [5]  15/3 15/14 15/15 16/1 16/2
mid [1]  41/19
minutes [1]  36/21
mirror [13]  8/24 9/1 9/15 9/17 9/19 12/16 13/9 13/13 13/14 14/9 24/21 24/25 25/1
misspoke [1]  9/12
mistake [2]  27/14 27/16
molecule [11]  9/24 10/18 16/9 16/11 16/12 16/15 24/25 25/8 31/11 31/12 31/23
molecules [1]  10/15
moment [4]  29/20 36/1 36/19 38/5
Monday [2]  1/16 4/1
money [6]  28/13 28/18 28/19 28/19 29/10 29/12
more [1]  9/25
most [4]  29/15 32/21 34/17 37/9
mostly [1]  40/23
motion [1]  4/16
move [3]  17/24 24/7 24/8
moved [1]  6/15
moving [3]  13/5 24/15 24/16
MR [4]  30/15 36/24 41/10 41/17
Ms [12]  5/10 5/23 11/21 11/24 17/21 18/1 18/4 20/24 30/6 34/1 37/10 38/11
multiple [3]  22/15 23/3 41/13
must [2]  10/25 37/21
my [10]  4/8 5/20 7/8 7/25 17/13 23/24 28/18 28/19

## N

name [6]  5/16 5/20 15/7 35/11 35/17 35/21
named [1]  30/13
naming [1]  35/15
narrow [1]  40/4
NAVA [3]  1/9 4/5 4/13
necessary [1]  41/15
need [3]  22/23 22/24 37/2
neither [3]  37/18 37/23 39/5
nervous [1]  9/7
neurobiology [1]  26/11
Neurology [1]  6/6
neuroscience [2]  6/8 26/16
never [1]  32/11
new [1]  7/24
nh2 [1]  31/22
Ninth [1]  41/6
Ninth Circuit [1]  41/6
nitrogen [1]  31/22
no [40]  1/8 4/23 10/12 13/2 13/11 14/12 14/13 14/14 14/15 16/9 17/9 17/10 19/24 21/8 21/14 22/4 22/18 25/14 25/15 25/17 25/20 25/23 26/4 26/7 26/10 26/19 27/5 28/24 29/7 29/14 29/14 31/9 32/8 32/11 35/7 37/11 37/16 37/25 40/23 42/15
nomenclature [1]  19/22
not [55]
note [2]  38/14 38/21
notes [3]  38/17 39/21 41/11
Nothing [4]  16/21 29/21 34/5 36/20
now [19]  7/16 8/2 9/20 11/20 17/17 18/15 18/18 19/14 19/21 19/24 20/2 20/7 20/25 23/14 23/25 24/7 27/24 28/22 40/22
nucleus [1]  24/8
number [2]  8/7 20/15
numbered [1]  30/22
numbers [2]  12/1 12/2

## O

o0o [1]  4/3
Objection [1]  14/19
obsolete [7]  20/3 21/3 21/16 22/11 34/15 34/18 36/16
occur [1]  10/15
occurs [2]  25/6 33/14
off [1]  15/15
offer [2]  12/6 30/18
offered [1]  4/20
offers [1]  34/1
OFFICE [2]  2/2 2/7
officer [2]  36/25 41/12
Official [1]  1/21
Okay [3]  17/11 18/1 41/21
one [30]  8/23 8/25 9/4 10/15 11/2 12/16 13/24 13/24 14/6 14/9 14/17 16/6 16/11 16/16 24/16 24/19 26/25 29/20 31/20 33/3 33/3 33/17 35/13 36/1 36/19 37/11 37/12 38/5 40/7 40/25
online [1]  19/18
only [11]  4/19 10/15 11/2 13/13 14/16 16/11 16/14 16/16 35/10 37/2 39/8
oOo [1]  41/25
operates [1]  29/11
opinion [1]  19/11
opportunity [2]  4/24 41/11
opposite [1]  15/22
optical [10]  4/18 4/20 17/6 17/9 25/2 25/4 25/4 39/22 39/25 40/4
order [2]  10/24 41/20
orientation [3]  15/2 15/22 16/5
other [21]  7/4 7/5 7/8 7/16 7/17 9/25 14/7 16/13 17/9 17/10 21/10 21/24 25/9 32/9 32/11 33/4 33/5 34/20 34/21 39/10 40/24
our [6]  7/22 7/24 11/19 28/12 28/12 28/14
out [4]  15/9 15/23 16/3 26/16

**O**

outside [1]  29/9
over [2]  18/22 23/24
overbreadth [1]  41/3
overlap [1]  21/21

**P**

p.m [2]  4/2 41/23
page [24]  11/23 12/1 12/2
 12/10 13/1 13/5 13/6 13/15
 13/16 13/16 13/19 13/22
 14/3 15/4 15/6 15/16 15/19
 15/24 16/3 17/13 17/14
 30/22 30/22 30/23
pages [1]  11/15
paid [2]  28/15 28/17
papers [5]  7/5 7/9 7/10
 11/10 11/11
paragraph [2]  18/9 18/10
parens [2]  19/8 39/22
parenthesis [1]  18/11
parenthetical [1]  38/21
parenthetically [1]  38/17
part [1]  32/25
particular [1]  4/16
parties [3]  36/21 37/10
 41/19
pay [5]  28/12 28/12 29/6
 29/8 29/12
peer [3]  18/16 19/15 36/11
peer-reviewed [1]  18/16
people [4]  7/8 20/9 28/16
 29/15
perfect [2]  24/21 24/25
perpendicular [1]  15/24
personally [1]  27/6
persuasive [1]  37/9
Ph.D [3]  6/7 6/11 26/11
pharmacology [1]  6/10
phenyl [6]  17/18 18/12
 18/19 19/11 30/24 31/4
physiology [1]  6/23
pictured [1]  17/13
Pittsburgh [1]  6/8
place [5]  24/12 24/15 24/24
 25/5 32/24
Plaintiff [1]  1/7

plane [2]  15/23 15/24
pleadings [1]  40/24
please [5]  4/6 5/13 24/13
 29/20 36/19
point [2]  37/6 41/6
pointing [3]  15/23 16/3 16/3
poses [1]  5/10
position [2]  6/5 36/23
positional [1]  15/7
possible [3]  10/19 17/9 39/8
possibly [1]  11/3
post [1]  6/9
post-doctoral [1]  6/9
precise [2]  39/17 40/12
preparation [2]  17/17 18/18
prepared [2]  5/7 33/15
preparing [1]  25/11
present [2]  4/13 37/1
PRESIDING [1]  1/4
problem [1]  22/10
proceedings [3]  1/14 41/23
 42/8
produce [1]  10/2
produces [1]  33/5
product [1]  26/25
professor [22]  5/24 6/2 6/13
 6/16 6/17 28/2 28/5 28/7
 28/8 28/8 28/21 28/22 28/25
 29/3 29/3 29/16 29/18 30/5
 34/10 37/20 38/24 40/14
program [2]  26/15 26/16
projecting [3]  15/15 15/15
 15/19
promoted [1]  6/17
psychiatry [2]  6/2 27/24
psychology [2]  26/14 26/17
psychopharmacology [1]
 6/20
PUBLIC [2]  2/7 2/8
publication [1]  19/21
publish [2]  7/4 7/9
published [7]  7/10 10/8 18/6
 19/15 27/1 27/5 27/18
purpose [1]  35/20
pursuant [1]  42/5
put [2]  11/18 11/18

**Q**

qualifies [1]  6/5
question [6]  9/9 9/10 12/18
 40/12 40/15 41/2
questions [8]  5/10 5/11 7/16
 29/22 30/5 30/7 30/10 32/12
quickly [1]  24/7

**R**

raised [1]  5/8
read [1]  19/5
real [1]  29/15
reality [1]  15/16
really [2]  15/15 40/15
reasonable [1]  39/11
received [10]  3/14 12/7 12/8
 18/2 18/3 20/20 30/19 30/20
 34/3 34/4
receptors [1]  6/22
recognize [2]  11/11 33/20
recommendation [4]  35/10
 35/21 35/22 35/24
recommendations [2]  36/8
 36/12
recommending [3]  35/12
 36/13 36/15
record [3]  5/17 37/21 41/10
RECROSS [2]  3/3 34/8
RECROSS-EXAMINATIO
N [1]  34/8
REDIRECT [2]  3/3 30/3
REESE [8]  2/3 4/9 5/23
 11/21 30/15 34/1 37/10
 38/11
refer [3]  11/8 11/9 12/2
reference [5]  11/22 30/1
 32/5 32/10 38/8
referenced [2]  30/25 31/4
refresh [1]  18/24
refreshes [1]  19/6
regarding [4]  4/17 16/17
 30/6 33/15
region [2]  15/2 15/6
regulations [1]  42/9
relate [1]  30/10
related [1]  30/11
relating [1]  7/10

**R**

relevant [1]  40/13
remember [1]  30/7
reminder [1]  12/6
rephrase [1]  24/13
reported [1]  42/7
reporter [3]  1/21 5/14 42/15
REPORTER'S [1]  1/14
requested [1]  41/11
requesting [1]  4/23
require [2]  10/16 33/11
research [4]  6/15 26/20
 27/18 28/19
resource [1]  22/24
respect [1]  38/13
reviewed [3]  11/15 18/16
 25/16
Richard [1]  30/14
right [8]  11/10 11/20 12/1
 19/19 20/5 24/7 38/10 39/13
right-hand [1]  12/1
rigid [4]  32/21 32/23 33/1
 33/11
ring [7]  31/19 31/19 31/23
 31/24 32/1 32/3 32/25
RIVERA [2]  2/8 4/12
ROSENBAUM [5]  2/2 4/8
 36/24 41/10 41/17
rotate [1]  32/22
Rule [1]  5/9
rules [1]  35/16

**S**

Safety [5]  38/11 38/16 38/22
 39/5 39/19
said [4]  8/20 17/8 18/21
 18/22
salary [4]  28/12 28/13 28/15
 28/18
same [21]  7/5 8/7 8/7 8/9
 8/11 8/11 8/21 8/21 9/1 9/2
 9/3 10/21 11/22 12/14 20/9
 31/2 31/3 31/15 31/15 32/4
 35/1
San [3]  6/3 6/10 27/25
say [5]  7/7 21/6 21/8 34/18
 34/22

says [4]  18/14 21/3 21/18
 39/25
Sciences [1]  26/14
scientific [3]  26/5 26/9 32/9
scientist [1]  6/15
screen [1]  11/18
second [5]  2/9 9/5 18/10
 30/22 36/24
SECTION [5]  2/4 38/12
 38/22 39/5 42/5
security [1]  29/15
see [16]  10/6 11/9 11/13
 12/15 14/8 14/24 14/25
 15/11 16/8 16/14 20/1 22/21
 31/24 33/14 36/6 36/8
seen [3]  11/12 23/3 32/11
self [1]  38/4
self-evident [1]  38/4
sent [1]  18/25
sentence [1]  19/5
separate [1]  28/19
series [1]  28/18
set [1]  41/18
she [1]  5/4
should [4]  12/3 20/17 35/11
 41/2
showed [1]  17/18
shown [9]  12/11 12/25 13/15
 13/16 14/4 15/8 15/21 17/13
 30/23
sic [1]  41/5
signature [1]  33/22
similar [2]  7/4 16/8
single [2]  13/24 32/22
sit [1]  37/7
situation [2]  33/5 33/14
snapshot [5]  24/11 24/14
 24/20 24/23 24/24
so [97]
some [9]  12/19 20/9 22/9
 25/9 27/3 28/16 30/5 32/12
 40/20
something [3]  10/24 11/2
 16/8
sometimes [2]  25/3 25/4
sorry [7]  9/7 9/8 9/10 12/21
 12/21 30/9 33/7

sort [2]  9/1 15/13
source [3]  29/9 36/6 36/10
space [1]  8/1
spacial [1]  8/13
Spanish [1]  4/14
Spanish-language [1]  4/14
spatial [2]  8/22 16/5
spatially [1]  9/3
specialty [1]  6/18
specific [2]  35/2 35/12
specifically [3]  24/1 26/23
 32/21
spell [2]  5/16 5/20
spoke [2]  27/9 27/12
spontaneously [1]  25/9
Spring [1]  2/5
squiggly [1]  15/12
stack [1]  11/10
stand [2]  5/14 41/8
standard [4]  22/12 22/14
 22/17 23/2
standardized [1]  22/9
standardizing [1]  19/21
standardly [1]  35/14
start [1]  13/16
started [1]  6/14
state [2]  4/6 5/16
STATES [10]  1/1 1/6 1/22
 2/2 2/3 2/4 4/4 4/8 42/6
 42/10
statute [3]  38/6 40/9 41/4
stenographically [1]  42/7
step [1]  5/13
STEPHEN [1]  1/4
stereocenter [13]  9/21 9/23
 9/24 10/16 11/2 12/16 13/21
 14/17 14/25 16/6 16/11
 16/15 16/16
stereocenters [8]  10/17
 10/18 10/25 12/12 12/22
 13/7 13/22 16/13
stereoisomer [6]  9/4 9/5
 9/15 10/2 14/7 23/6
stereoisomers [13]  8/19 8/23
 9/12 9/16 9/18 14/5 14/6
 16/4 17/10 17/11 17/15
 21/10 23/5

**S**

still [1]  32/19
stipulation [1]  41/22
Street [3]  1/22 2/5 2/9
structural [3]  18/19 19/8
 19/25
structure [18]  7/4 7/14 8/10
 8/13 13/4 14/23 14/24 15/13
 15/17 25/7 25/8 30/24 31/14
 31/19 31/23 32/4 32/25
 33/13
student [1]  7/21
studied [1]  26/23
studies [1]  7/3
study [1]  6/20
submission [1]  36/22
submit [1]  5/7
submitted [1]  41/9
subset [8]  21/20 21/21 21/23
 32/18 32/20 33/6 34/11
 37/14
substance [2]  6/25 25/15
substances [2]  7/6 11/8
substantively [1]  5/7
such [1]  32/7
Suite [1]  1/22
sum [4]  36/21 36/23 37/3
 39/14
sum-up [1]  36/23
suppose [2]  30/11 30/14
sure [8]  8/19 18/23 19/1
 20/14 23/9 23/13 24/22
 28/10
SVW [2]  1/8 4/4
switching [4]  24/12 24/15
 24/24 25/5
SWORN [1]  5/15
synonym [9]  8/15 21/3 21/6
 21/13 21/16 34/18 34/20
 35/4 36/16
synonymous [3]  20/8 23/18
 23/23
synonyms [1]  10/23

**T**

take [4]  15/1 18/24 20/13
 36/22

talk [2]  23/25 25/10
talking [2]  9/11 24/3
tell [3]  14/16 14/21 16/10
tells [1]  31/12
tenure [4]  28/23 28/25 29/13
 29/16
term [24]  8/14 9/20 19/24
 20/2 22/7 22/8 22/12 22/13
 22/16 22/19 23/2 23/4 23/15
 25/24 34/15 34/18 34/24
 35/7 35/12 36/13 36/15
 39/21 39/25 40/13
Terminology [1]  19/15
terms [15]  7/17 21/21 22/9
 29/4 29/4 29/6 29/8 30/1
 34/22 35/15 39/16 40/5 40/7
 40/8 40/18
testified [3]  23/14 25/24
 26/13
testimony [15]  4/21 4/22
 10/25 11/15 17/17 18/18
 20/7 22/5 26/6 34/10 37/3
 37/8 37/20 38/25 40/8
textbook [2]  10/6 35/14
textbooks [1]  10/8
than [3]  21/10 23/15 23/15
thank [9]  5/25 12/6 18/4
 29/21 36/20 39/15 40/25
 41/8 41/9
that [150]
that's [32]  4/25 7/23 8/8
 9/24 15/6 15/7 15/9 15/11
 15/12 15/12 15/13 15/17
 16/10 19/19 20/11 22/10
 23/11 26/25 27/8 28/20
 29/17 29/19 31/22 31/24
 32/3 34/13 35/5 36/18 39/24
 40/12 40/19 41/5
their [2]  28/17 36/11
them [8]  11/13 16/2 27/3
 27/12 27/12 27/18 27/21
 31/20
then [19]  6/7 6/16 6/16 9/17
 11/2 12/2 15/14 16/7 19/8
 31/20 31/21 31/24 31/25
 32/1 33/2 36/22 38/3 39/22

Theoretically [1]  29/14
there [32]  4/22 9/11 12/1
 12/11 12/18 13/5 13/22
 15/10 15/21 16/6 16/17
 16/19 17/11 17/12 19/24
 20/15 24/1 24/4 24/11 24/14
 24/24 28/7 28/11 28/16
 33/17 33/18 37/7 37/16
 38/17 39/8 39/11 40/17
there's [30]  8/12 8/19 8/23
 11/10 15/3 15/8 15/11 15/20
 16/6 16/9 16/10 16/13 16/14
 16/16 22/9 24/18 24/23 29/2
 29/13 29/14 29/14 31/19
 31/20 31/21 31/23 31/24
 33/2 36/24 37/11 37/25
Thereupon [1]  41/23
these [18]  8/20 10/3 11/15
 12/14 12/22 12/23 12/24
 12/25 13/9 14/5 14/8 34/22
 39/16 40/5 40/7 40/8 40/10
 40/11
they [27]  8/11 8/21 8/22
 10/6 10/9 13/9 13/10 13/11
 16/5 17/12 19/18 23/8 23/19
 23/20 24/6 24/7 25/6 31/1
 32/19 32/20 32/20 34/16
 34/17 34/18 35/5 36/12 39/9
they're [24]  8/25 8/25 9/2
 9/2 10/23 13/13 14/8 16/4
 21/20 21/21 21/21 23/6
 23/18 23/20 23/23 32/24
 32/24 35/11 35/12 36/13
 36/15 36/18 39/17 39/17
thing [4]  10/21 37/11 37/12
 40/25
things [1]  35/21
think [12]  9/11 9/12 37/9
 39/11 39/16 39/19 40/8
 40/12 40/16 40/19 41/1
 41/18
third [1]  19/5
this [31]  4/15 11/18 11/21
 12/3 12/12 12/16 13/8 13/18
 15/16 15/20 15/22 16/21
 17/5 17/23 18/6 20/23 20/25

**T**

this... [14]  30/15 31/12 34/1 35/12 35/24 36/10 37/2 37/3 37/6 37/21 37/22 38/7 40/23 41/2
those [19]  10/4 10/7 10/8 11/5 11/6 11/7 11/11 11/12 12/2 12/20 13/7 16/4 17/8 17/12 17/15 23/5 30/7 38/2 39/10
though [1]  7/18
three [7]  8/10 8/13 9/25 15/17 15/18 31/20 32/1
three-dimensional [3]  8/10 8/13 15/17
through [3]  15/19 37/8 38/15
time [6]  4/15 16/21 24/11 24/14 24/23 24/24
title [5]  28/2 28/4 28/14 28/14 42/6
titles [1]  28/11
today [1]  11/16
today's [1]  25/11
together [3]  7/9 8/9 9/2
told [6]  18/18 25/11 27/12 27/15 27/18 27/21
too [2]  7/25 11/25
took [1]  15/25
top [2]  12/15 12/16
Toxicology [2]  18/7 18/15
training [1]  23/1
trans [27]  21/3 21/17 21/19 22/1 23/15 32/15 32/17 32/18 33/6 33/7 33/8 33/9 33/10 33/16 34/10 34/19 35/1 35/2 35/4 36/16 37/14 37/14 37/17 37/19 37/24 39/3 39/6
transcript [3]  1/14 42/7 42/9
transferred [1]  24/19
transferring [1]  24/20
treatise [1]  40/6
trial [1]  41/18
true [2]  27/8 42/6
try [1]  11/19

**two [24]  8/19 8/23 9/6 10/17 10/17 10/25 11/1 12/12 12/15 12/17 12/21 14/5 14/8 14/10 17/5 17/8 24/1 24/4 31/20 31/24 32/3 33/2 34/24 39/8**
type [12]  8/6 8/24 9/4 9/5 12/23 13/8 19/13 23/6 23/8 23/11 23/12 26/25
types [4]  8/19 8/23 34/20 34/21

**U**

U.S [2]  4/9 42/15
UCSD [7]  8/1 28/9 28/11 28/16 29/5 29/10 29/12
under [4]  36/6 36/22 38/2 39/10
understanding [2]  29/17 29/19
Understood [1]  41/17
undisputed [2]  37/20 38/25
Union [2]  19/15 36/11
UNITED [10]  1/1 1/6 1/22 2/2 2/3 2/4 4/4 4/8 42/6 42/10
United States [2]  4/4 4/8
university [9]  6/3 6/7 6/8 6/9 27/25 28/12 28/17 28/20 29/8
unless [1]  25/8
up [10]  6/15 11/10 16/3 30/9 33/3 33/18 36/22 36/23 37/3 39/14
upon [3]  10/4 11/6 37/21
us [2]  22/8 40/21
use [7]  7/24 20/5 20/9 20/9 22/23 22/24 38/15
used [17]  11/7 19/22 22/15 23/3 34/18 34/20 34/22 34/24 35/8 35/13 35/20 36/14 36/15 39/17 40/5 40/6 40/18
useful [1]  38/7
uses [1]  20/11
using [2]  4/13 34/13
usually [1]  9/25

**V**

version [1]  38/8
versus [1]  4/5
very [3]  11/19 11/20 39/24
view [2]  35/24 35/24
VOIR [1]  3/2
VOL [1]  3/3

**W**

WAKEFIELD [9]  2/7 4/12 5/10 11/24 17/21 18/1 18/4 20/24 30/6
want [7]  5/20 7/16 23/25 25/10 28/9 36/23 40/20
wanted [4]  4/17 4/25 41/1 41/6
wants [2]  40/21 41/13
was [18]  6/8 6/12 6/17 7/20 16/2 16/3 17/13 18/6 24/25 26/15 27/14 27/14 27/16 28/4 30/24 36/25 37/19 38/17
way [10]  8/9 9/2 15/20 20/9 35/13 39/1 39/2 39/21 40/7 40/8
ways [2]  22/15 34/25
we [23]  4/23 7/3 7/3 7/4 7/7 7/9 7/21 7/23 7/24 7/25 10/3 12/3 18/22 20/17 26/25 28/12 30/15 39/23 40/5 40/6 40/7 41/3 41/21
We'll [1]  20/23
we're [3]  22/10 38/13 41/18
we've [2]  11/5 27/5
well [11]  10/14 11/19 11/20 12/6 17/22 21/15 22/9 23/19 29/10 34/15 41/6
were [7]  8/16 9/11 17/13 30/5 30/10 30/10 32/12
West [1]  1/22
WESTERN [1]  1/3
wet [1]  7/25
what [36]  6/1 6/4 8/3 8/5 8/16 8/17 8/17 9/13 9/23 11/5 12/11 12/20 12/23 13/5 13/8 13/15 13/16 13/19 13/25 14/3 15/12 16/16

# W

what... [14]  18/22 22/23
22/23 23/10 24/22 25/1
30/22 31/12 32/17 37/9
37/16 37/25 38/1 38/20
what's [1]  12/25
when [15]  6/11 7/7 7/20
24/6 24/14 24/18 24/20
24/23 25/5 25/6 27/12 27/15
39/23 40/5 41/3
where [17]  8/6 9/6 9/6 9/8
10/1 16/9 16/9 24/11 24/24
25/2 28/14 28/15 29/12 33/5
33/14 38/12 38/13
whereas [1]  40/3
whether [15]  4/17 14/24
16/8 16/13 16/17 26/5 26/8
29/8 32/7 33/15 37/17 39/2
39/12 40/13 40/15
which [16]  6/8 6/20 8/24
9/12 9/16 9/17 9/18 9/18
15/11 15/21 24/3 37/12
37/21 38/12 39/3 39/9
while [1]  32/2
who [3]  4/13 28/8 36/25
whoever [1]  5/5
why [3]  4/25 13/12 28/20
will [10]  5/13 10/1 11/19
11/20 12/2 12/5 16/9 32/22
38/14 41/8
WILSON [1]  1/4
wish [1]  34/6
within [1]  35/18
witness [10]  3/3 4/21 5/2
5/13 5/15 17/22 29/25 36/25
37/3 37/5
word [1]  36/6
work [9]  6/19 7/3 7/3 7/8
7/13 7/21 7/23 27/24 28/16
worked [2]  26/25 27/21
working [2]  6/14 11/20
works [1]  7/25
would [20]  8/8 8/17 13/18
14/24 15/20 15/23 16/4
18/24 20/1 20/13 22/7 22/23
22/24 24/20 24/24 33/11
35/24 37/5 41/10 41/22
wouldn't [1]  35/24
www.lisamariecsr.com [1]
1/24

# Y

Yeah [2]  11/12 36/13
year [1]  6/16
yes [96]
you [168]
you'd [1]  38/8
you'll [3]  10/6 11/9 12/15
you're [2]  19/14 34/13
you've [3]  7/10 11/15 27/1
your [66]
Your Honor [18]  4/7 4/11
5/6 11/21 16/22 17/21 17/23
19/2 20/21 29/20 30/1 30/18
34/1 34/5 36/1 37/5 37/10
38/5
yourself [1]  19/5